# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd ☆ MAY 18 06 ☆
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:     Judge Jack B. Weinstein
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerk:     Richard W. Wieking

JPML Form 36

A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01852-MJJ   Document 5   Filed 09/22/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC         Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA        Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW        Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB        James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ        Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA        Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA        Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ        Zachary Gilman v. Eli Lilly & Co.
CAN 3  05-5009           Clarence King, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5011           Shannon Harbison, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5013 WHA        Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH        Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH        Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ        Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP        Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA        Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC         Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH        David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH        Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW        Michael Keizur v. Eli Lilly & Co.
CAN 3  05-5149           Thomas Partlow v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5150 WHA        Jeffrey Oldewurtel v. Eli Lilly & Co.
CAN 3  05-5152           Michael Horton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5153 MMC        Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA        Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH        Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ        Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW        Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31 JSW          Jeannie Swartz v. Eli Lilly & Co.
CAN 3  06-35             Rose Cook, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-40             Tammie Pinkney v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-41 WHA          Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL         Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA         Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW         Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA         Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH         Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH         Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA         Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC         Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC          Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA         Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC         Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA         Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC          Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH         Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC          Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA         Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH         Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ         Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA         Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050 ᎫᏌᏯ           Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051 ᎫᏝ            Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052 ᏕᏟ            Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053 ᏯᎻᎷᏣ          Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054 ᏕᏟ            Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056 ᏯᎻᎷᏣ          Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057 ᎷᏌᏌ           Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058 ᎷᎷᏟ           Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060 ᏕᏟ            Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061 ᏢᏌᎻ           Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062 ᏢᏌᎻ           Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063 ᎷᎷᏟ           Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064 ᎷᎷᏟ           Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076 ᏕᏆ            Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077 ᏯᎻᎷ           Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078 ᏯᎻᎷ           Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079 ᎷᏌᏌ           Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080 ᎷᎻᏢ           Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~           ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082 ᎫᏕᏯ           Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083 ᏢᏌᎻ           Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084 ᎷᎷᏟ           Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085 ᏯᎻᎷ           Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086 ᎷᏌᏕ           Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088 ᏌᏕᏯ           Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090 ᏕᏟ            Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091 ᎷᎻᏢ           Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093 ᏯᎻᎷ           Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096 ᎷᎷᏟ           Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099 ᎷᏌᏕ           James Fraser v. Eli Lilly & Co.
CAN 3  06-1100 ᎷᏌᏕ           Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103 ᏢᏌᎻ           Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106 ᏢᏌᎻ           Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108 ᏌᏕᏯ           Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110 ᏯᎻᎷ           Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111 ᏕᏟ            Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112 ᏢᏌᎻ           Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113 ᎷᎷᏟ           Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116 ᏯᎻᎷ           Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117 ᏯᎻᎷ           Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118 ᎷᏌᏕ           Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119 ᏕᏁᏞ           Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122 ᏕᏆ            James Thomas v. Eli Lilly & Co.
CAN 3  06-1123 ᏯᎻᎷ           Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124 ᏔᏕᎻ           Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125 ᏌᏕᏯ           Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126 ᏯᎻᎷ           James Arns v. Eli Lilly & Co.
CAN 3  06-1127 ᎷᏌᏕ           Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128 ᏯᎻᎷ           Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129 ᏯᎻᎷ           Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131 ᏯᎻᎷ           James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132 ᎷᎷᏟ           Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133 ᏔᏕᎻ           Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134 ᎷᏌᏕ           Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135 ᏕᏚᎲ           Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155 ᏯᎻᎷ           Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156 ᏒᏌᏗ           Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158 ᎷᏌᏗ           William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159 ᏕᏚᎲ           Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1160 | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 | 06-1161 | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1162 | William O'brien v. Eli Lilly & Co. |
| CAN 3 | 06-1163 | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 | 06-1164 | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 | 06-1168 | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 | 06-1170 | Susan Kline v. Eli Lilly & Co. |
| CAN 3 | 06-1171 | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 | 06-1172 | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 | 06-1174 | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1175 | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1178~~ | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1179 | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 | 06-1180 | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 | 06-1182 | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 | 06-1184 | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1185 | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 | 06-1186 | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 | 06-1187 | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1188 | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 | 06-1190 | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 | 06-1194 | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1195 | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 | 06-1198 | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 | 06-1199 | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1200~~ | ~~Gould Meclarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1201 | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 | 06-1202 | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1204 | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 | 06-1206 | Letha Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1207 | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1209 | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1230 | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 | 06-1231 | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 | 06-1232 | Mary Lee v. Eli Lilly & Co. |
| CAN 3 | 06-1233 | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 | 06-1235 | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1236 | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 | 06-1237 | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 | 06-1239 | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 | 06-1240 | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 | 06-1241 | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 | 06-1242 | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 | 06-1244 | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 | 06-1245 | Cox v. Eli Lilly & Co. |
| CAN 3 | 06-1246 | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1263 | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1267 | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1269 | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1270 | Rivers v. Eli Lilly & Co. |
| CAN 3 | 06-1273 | Marianne Capelie, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1274 | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1281 | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 | 06-1282 | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 | 06-1293 | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 | 06-1294 | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 | 06-1297 | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1299 | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1308~~ | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312          Beth Smith, et al. v. Eli Lilly & Co.
CAN 3  06-1313          Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1320          Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354          Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374          Donna M. Strasburger v. Eli Lilly & Co.
CAN 3  06-1376          Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1379          Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382          Donald R. Dimartino v. Eli Lilly & Co.
CAN 3  06-1387          Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1388          Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389          Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393          Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396          Charlene West v. Eli Lilly & Co.
CAN 3  06-1397          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401          Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405          Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442          Barrett v. Eli Lilly & Co.
CAN 3  06-1443          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462          Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466          James Cutter v. Eli Lilly & Co.
CAN 3  06-1467          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469          Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472          Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482          Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484          Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487          Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489          William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490          Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491          Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493          David Martinez v. Eli Lilly & Co.
CAN 3  06-1494          Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495          Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497          Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525          Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527          Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530          Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~          ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533          Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~          ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537          Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538          Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540          Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542          Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543          William Maloney v. Eli Lilly & Co.
CAN 3  06-1544          Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547          Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548          Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549          Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550          Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552          Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553          Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554          Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556          Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559          Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562          David Bell v. Eli Lilly & Co.
CAN 3  06-1563          Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565          Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566          Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567          Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605          Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606          Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611          Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613          Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614          Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615          Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618          Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620          Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622          Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623          Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624          Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625          Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~          ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627          Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628          Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643          James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644          Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692          Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693          Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697          Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699          James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701          Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702          Marcella L. Lowry v. Eli Lilly & Co.

Case 3:06-cv-01852-MJJ   Document 5   Filed 09/22/06   Page 9 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 9 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                        PAGE 7 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1705 SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 JSL | Carol S. Buvoltz v. Eli Lilly & Co. |
| CAN 3 | 06-1708 | Gerald L. Fletcher v. Eli Lilly & Co. Vacated 5/17/06 |
| CAN 3 | 06-1709 SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1757 | Linda L. Nevei v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-1758 SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 MHT | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 JSL | Jorenda Bolden v. Eli Lilly & Co. |
| CAN 3 | 06-2038 | Helene M. Lotka v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-2188 | Timothy Johnson, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2283 WHA | Johnnena Washington v. Eli Lilly & Co. |
| CAN 3 | 06-2385 | Russel Woodrow, et al. v. Eli Lilly & Co. Opposed 5/17/06 |
| CAN 3 | 06-2386 | John Grant, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2398 MHT | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 JSL | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2489 | Andra Alexander, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2609 MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| CAN 4 | 05-5097 | Cynthia Akins, et al. v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 4 | 05-5098 | Shannon La' Rocque v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                      PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                           PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton *
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102